IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNNY RAY HUNLEY, JR,

Plaintiff,

v.

CHRISTINE BERNDT-MILES, *et al.*,

Defendants.

ORDER

24-cv-842-wmc
App. No. 26-3316

Plaintiff Johnny Ray Hunley, Jr has filed a notice of appeal from an order entered on October 30, 2026. Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Johnny Ray Hunley, Jr may have until December 8, 2026 to pay the $605[1] appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal. Failure to meet this deadline may result in dismissal of the appeal.

Entered this 10th day of November, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

[1] Effective December 1, 2023, the fee for filing an appeal is $605.